JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. WATTS, | ) NO. CV 20-933-PA (KS) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| R.C. JOHNSON, Warden, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: December 1, 2020

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE